KAPLAN LAW GROUP
BRITTANY A. KAPLAN, ESQ.
Nevada Bar No. 13663
Email: brittany@kaplanlawgroup.com
KORY L. KAPLAN, ESQ.
Nevada Bar No. 13164
Email: kory@kaplanlawgroup.com
10091 Park Run Drive, Suite 190
Las Vegas, Nevada 89145
Telephone: (702) 381-8888
Facsimile: (702) 832-5559
*Attorneys for Plaintiff*

**KAPLAN LAW GROUP**
**10091 Park Run Drive, Suite 190**
**Las Vegas, Nevada 89145**
**Tel: (702) 381-8888 Fax: (702) 832-5559**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRACY LOCKE,<br><br>Plaintiff,<br><br>vs.<br><br>SCHINDLER ELEVATOR CORPORATION, a Foreign Corporation; DOE SERVICEMAN; ROE MAINTENANCE COMPANY; DOES I-X, inclusive and ROE ENTITIES I-X, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-00817-GMN-MDC |

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**

**(THIRD REQUEST)**

Plaintiff, TRACY LOCKE ("Plaintiff"), by and through her attorneys of record BRITTANY A. KAPLAN, ESQ. and KORY L. KAPLAN, ESQ. of KAPLAN LAW GROUP and Defendant, SCHINDLER ELEVATOR CORPORATION ("Defendant"), by and through its attorneys of record, JAY J. SHUTTERT, ESQ. and SKYLAR ARAKAWA-PAMPHILON, ESQ. of the law firm EVANS FEARS SHUTTERT MCNULTY MICKUS, hereby request this Honorable Court to extend the deadlines as requested herein.

## I. LOCAL RULE 6-1 IS SATISFIED

This is the third request for an extension of discovery deadlines filed by the parties. This Stipulation and request for extension of discovery dates is made more than twenty-one (21) days

KAPLAN LAW GROUP
10091 Park Run Drive, Suite 190
Las Vegas, Nevada 89145
Tel: (702) 381-8888 Fax: (702) 832-5559

before the expiration of the deadline for Plaintiff's initial expert disclosure, which is currently September 2, 2026.

Pursuant to the controlling Discovery Plan, the following dates govern for purposes of discovery:

| | |
|---|---|
| 1. Plaintiff's Initial Expert Disclosure: | September 2, 2026 |
| 2. Defendant's Initial/Rebuttal Expert Disclosure: | October 2, 2026 |
| 3. Plaintiff's Rebuttal Expert Disclosure: | November 3, 2026 |
| 4. Discovery Cutoff Date: | December 4, 2026 |
| 5. Dispositive Motions: | December 30, 2026 |
| 6. Joint Pre-Trial Order: | January 29, 2027 |

The instant request comports with Local Rules 6-1 and 26-3, in that this request is made at least 21 days prior to the expiration of any subject deadline.

## II. THE FOLLOWING DISCOVERY HAS BEEN COMPLETED

1. On June 18, 2025, Defendant served its Disclosure of Witnesses and Exhibits Pursuant to FRCP 26(f);

2. On June 19, 2025, Plaintiff served her Initial List of Witnesses and Documents Pursuant to FRCP 26(a);

3. On August 14, 2025, Plaintiff served her First Supplement to Initial List of Witnesses and Documents Pursuant to FRCP 26(a);

4. On September 17, 2025, Defendant served its First Supplemental Disclosure of Witnesses and Exhibits Pursuant to FRCP 26(f);

5. On July 18, 2025, Defendant served its First Set of Interrogatories to Plaintiff;

6. On July 18, 2025, Defendant served its First Set of Requests for Production of Documents to Plaintiff;

7. On July 30, 2025, Plaintiff served her First Set of Interrogatories to Defendant;

8. On July 30, 2025, Plaintiff served her First Set of Requests for Production of Documents to Defendant;

9. On October 3, 2025, Defendant served its Second Supplemental Disclosure of Witnesses

KAPLAN LAW GROUP
10091 Park Run Drive, Suite 190
Las Vegas, Nevada 89145
Tel: (702) 381-8888 Fax: (702) 832-5559

And Exhibits Pursuant to FRCP 26(f);

10. On October 27, 2025, Defendant served its Third Supplemental Disclosure of Witnesses and Exhibits Pursuant to FRCP 26(f);

11. On February 10, 2026, Plaintiff served her Second Supplement to Initial List of Witnesses and Documents Pursuant to FRCP 26(a);

12. On March 31, 2026, Plaintiff served her Third Supplement to Initial List of Witnesses and Documents Pursuant to FRCP 26(a);

13. On April 17, 2026, Plaintiff served her Fourth Supplement to Initial List of Witnesses and Documents Pursuant to FRCP 26(a);

14. On April 28, 2026, Plaintiff served her Fifth Supplement to Initial List of Witnesses and Documents Pursuant to FRCP 26(a);

25. On April 29, 2026, Plaintiff was deposed.

## III. DISCOVERY TO BE COMPLETED

An extension of time is appropriate and necessary to allow for additional time to complete the remaining discovery in this matter including but not limited to:

1. Fact witness and expert witness depositions;
2. Additional written discovery;
3. Site inspection;
4. Initial expert disclosures;
5. Rebuttal expert disclosures; and
6. IME of Plaintiff.

## IV. GOOD CAUSE EXISTS FOR A DISCOVERY EXTENSION

The parties have been diligently conducting discovery in this matter, as evidenced by the written discovery exchanged between the parties and the deposition of Plaintiff. This case involves a workers' compensation claim. The workers' compensation claim was accepted, however,

KAPLAN LAW GROUP
10091 Park Run Drive, Suite 190
Las Vegas, Nevada 89145
Tel: (702) 381-8888 Fax: (702) 832-5559

Plaintiff was denied out-of-state treatment (Plaintiff resides in Massachusetts) and the third-party administrator for workers' compensation issued a claim closure letter. These issues were appealed by Plaintiff. An Interim Order was issued on January 5, 2025 by an Appeals Officer. The Order required the third-party administrator (hereinafter "TPA") to schedule Plaintiff for an independent medical examination (hereinafter "IME"). Plaintiff underwent an IME on March 5, 2025. A hearing was held on January 26, 2026. The Appeals Officer Reversed and Remanded the TPA to rescind the Notice of Intent to Close Claim, and authorize out-of-state treatment, to include neurological testing, cranial or brain MR imaging, MR imaging of the cervical spine, electroencephalography or EEG testing, physical and balance therapy, antispasmodic medication, and an ophthalmologic evaluation. As such, the closure of Plaintiff's workers' compensation claim was rescinded and treatment was authorized under the workers' compensation claim as of March 9, 2026. It is Plaintiff's position that Plaintiff requires additional treatment as well as a permanent partial disability rating examination related to the workers' compensation claim. The workers' compensation claim remains open at this time.

It is Plaintiff's position that the parties will be unable to come to a resolution on this case until Plaintiff's workers' compensation claim is closed because the TPA will have a right to subrogate against any recovery by Plaintiff in this case. The additional time requested will allow Plaintiff to receive the approved treatment and to undergo a disability rating examination.

Additionally, Plaintiff's expert requires a site inspection. Due to the availability of counsel and Plaintiff's out-of-state expert, a site inspection cannot be scheduled until October 2026 at the earliest, beyond the current deadline for Plaintiff's initial expert disclosure. The additional time requested will allow Plaintiff's expert to complete the site inspection and allow the parties to dutifully complete the necessary discovery.

The parties have additional discovery they need to conduct prior to the expert deadline.

KAPLAN LAW GROUP
10091 Park Run Drive, Suite 190
Las Vegas, Nevada 89145
Tel: (702) 381-8888 Fax: (702) 832-5559

The parties therefore are requesting an extension of one hundred twenty (120) days to accomplish this additional discovery.

## V. PROPOSED REVISED DISCOVERY PLAN

The following deadlines are requested.

| | |
|---|---|
| 1. Plaintiff's Initial Expert Disclosure: | January 7, 2027 |
| 2. Defendant's Initial/Rebuttal Expert Disclosure: | February 8, 2027 |
| 3. Plaintiff's Rebuttal Expert Disclosure: | March 9, 2027 |
| 4. Discovery Cutoff Date: | April 7, 2027 |
| 5. Dispositive Motions: | April 29, 2027 |
| 6. Joint Pre-Trial Order: | May 31, 2027 |

The parties hereby stipulate to the proposed changes in the discovery deadlines.

IT IS SO STIPULATED.

Dated: August 6th, 2026.

KAPLAN LAW GROUP

By: */s/ Brittany A. Kaplan*
BRITTANY A. KAPLAN, ESQ.
Nevada Bar No. 13663
KORY L. KAPLAN, ESQ.
10091 Park Run Drive, Suite 190
Las Vegas, Nevada 89145
*Attorneys for Plaintiff*

Dated: August 6th, 2026.

EVANS FEARS & SCHUTTERT LLP

By: /s/ *Skylar Arakawa-Pamphilon*
JAY J. SCHUTTERT, ESQ.
Nevada Bar No. 8656
SKYLAR ARAKAWA-PAMPHILON, ESQ.
Nevada Bar No. 15864
BRENNEN D. MARSHALL, ESQ.
Nevada Bar No. 16578
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
*Attorneys for Defendant Schindler Elevator Corporation*

KAPLAN LAW GROUP
10091 Park Run Drive, Suite 190
Las Vegas, Nevada 89145
Tel: (702) 381-8888 Fax: (702) 832-5559

**ORDER**

**IT IS SO ORDERED.** Based upon the foregoing stipulation, the 120-day extension to discovery deadlines is granted as follows:

| | Old Deadline | New Deadline |
|---|---|---|
| 1. Plaintiff's Initial Expert Disclosure: | September 2, 2026 | January 7, 2027 |
| 2. Defendant's Initial/Rebuttal Expert Disclosure: | October 2, 2026 | February 8, 2027 |
| 3. Plaintiff's Rebuttal Expert Disclosure: | November 3, 2026 | March 9, 2027 |
| 4. Discovery Cutoff Date: | December 4, 2026 | April 7, 2027 |
| 5. Dispositive Motions: | December 30, 2026 | April 29, 2027 |
| 6. Joint Pre-Trial Order: | January 29, 2027 | May 31, 2027 |

______________________________
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

Dated: August 11, 2026

Case No. 2:25-cv-00817-GMN-MDC

Respectfully submitted by:

KAPLAN LAW GROUP

By: /s/ *Brittany A. Kaplan*
BRITTANY A. KAPLAN, ESQ.
Nevada Bar No. 13663
KORY L. KAPLAN, ESQ.
10091 Park Run Drive, Suite 190
Las Vegas, Nevada 89145
*Attorneys for Plaintiff*